UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RADICA TAUFEEQUE, | CRIMINAL NO. 4:04CR40005-NMG<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1028(a)(4) -<br>  Possession of a False<br>  Document<br>18 U.S.C. § 1542 -<br>  False Statements<br>18 U.S.C. § 1425 -<br>  Unlawful Procurement<br>  of Citizenship Documents |

**INFORMATION**

**COUNT ONE:**   **(18 U.S.C. § 1028(a)(4) - Possessing a False United States Identification Document)**

The United States charges that:

On or about January 27, 2004, at Worcester, in the District of Massachusetts,

**RADICA TAUFEEQUE,**

defendant herein, did knowingly possess a false identification document, to wit: a fraudulent United States passport, with intent that such document be used to defraud the United States.

All in violation of Title 18, United States Code, Section 1028(a)(4).

**COUNT TWO**:   (18 U.S.C. § 1542 - False Statements in a Passport Application)

The United States further charges that:

On or about November 28, 2003, at Boston, in the District of Massachusetts,

**RADICA TAUFEEQUE**,

defendant herein, did willfully and knowingly make false statements in an application for a United States passport with intent to induce or secure the issuance of said passport under the authority of the United States for the use of another, contrary to the laws and rules of the United States.

All in violation of Title 18, United States Code, Section 1542 and 2.

**COUNT THREE**:   (18 U.S.C. § 1425 - **Unlawful Procurement of Evidence of Naturalization or Citizenship**)

The United States further charges that:

From on or about November 28, 2003 to on or about December 2, 2003, at Boston, in the District of Massachusetts,

**RADICA TAUFEEQUE**,

defendant herein, did knowingly and unlawfully procure and attempt to procure evidence of United States citizenship or naturalization to wit: a United States passport.

All in violation of Title 18, United States Code, Section 1425(a) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL D. RICCIUTI
Assistant U.S. Attorney