Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>RADICA TAUFEEQUE                   ) | Criminal No. 04-40005-NMG |

## WAIVER OF INDICTMENT

I, **RADICA TAUFEEQUE**, the above-named defendant, who is accused of knowingly, and without lawful authority possessing a false United States identification documents, in violation of 18 U.S.C. §1028(a)(4) (Count One), with making false statements in an application for a United States passport, in violation of 18 U.S.C. §1542 (Count Two); and with knowingly procuring or attempting to procure documentary evidence of United States citizenship in violation of 18 U.S.C. §1425 (Count Three), being advised of the nature of the charges, the proposed information, and my rights, hereby agree to waive in open court on prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Radica Taufeeque_
Defendant

_[signature]_
Counsel for the Defendant

Before: _[signature] 3/5/04_
UNITED STATES DISTRICT JUDGE