```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
          Plaintiff,
v.
                                  CR 04-40005 NMG

RADICA TAUFEEQUE,
          Defendant,
```

ORDER OF APPOINTMENT OF COUNSEL

January 27, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

```
                         CHARLES B. SWARTWOOD, III
                         MAGISTRATE JUDGE

                         By the Court:


                         /s/ Lisa B. Roland
                         Lisa B. Roland
                         Deputy Clerk
```